UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 07-20462-CIV-GRAHAM

KARLEEN A. BOURNE,

    Plaintiff,

vs.

MARTIN SMITH,

    Defendant.
_____/

## NOTICE REGARDING SERVICE

**THIS CAUSE** having come before the Court for review and the Court having noted that there is no evidence of record that service of the summons and complaint has been made upon the Defendant, it is

**ORDERED AND ADJUDGED** that Plaintiff is directed to serve Defendant within twenty (20) days and no later than the time period set forth by the Federal Rules of Civil Procedure. Failure to serve Defendant within the 120 day time period shall be cause for a _sua sponte_ dismissal of this action.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of March, 2007.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record